# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

THOMAS EDWARD CAMPBELL                                                      PLAINTIFF

v.                                                        No. 4:15CV169-MPM-DAS

LT. SHARON HAMPTON, ET AL.                                        DEFENDANTS

## JUDGMENT

Having considered the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge and the objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is ordered:

1. That the plaintiff's objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**;

2. That the Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court; and

3. That the plaintiff's claims against Sergeant Barbara Johnson, Commissioner Marshall Fisher, Warden Timothy Morris, Anthony Thompson, and R. Pennington are **DISMISSED** for failure to state a claim upon which relief could be granted.

4. That the plaintiff's due process claim involving contraband found in the his laundry bag are **DISMISSED** without prejudice in this case – and instead have been presented through a separate petition for a writ of *habeas corpus* in *Campbell v. Hampton*, 4:16CV76-MPM-DAS (N.D. Miss.)

5. The plaintiff's claim against Lt. Sharon Hampton for retaliation will, however, **PROCEED**.

**SO ORDERED**, this, the 29th day of August, 2016.

                                      **/s/ MICHAEL P. MILLS**
                                      **UNITED STATES DISTRICT JUDGE**
                                      **NORTHERN DISTRICT OF MISSISSIPPI**